# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO A. CONTRERAS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.: 1:19-cv-01785-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

In the Court's order dismissing petition with leave to file a first amended petition, the Court noted that the Petitioner failed to name the proper respondent. (Doc. 6 at 2.) Petitioner filed a first amended petition on February 14, 2020, in which he names J.W. Sullivan, who is the acting Warden at the California Correctional Institution in Tehachipi, California. (Doc. 7 at 1.) Because Warden Sullivan is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to J.W. Sullivan, Warden.

IT IS SO ORDERED.

    Dated: __**February 27, 2020**__            __**/s/ Jennifer L. Thurston**__
                                                                              UNITED STATES MAGISTRATE JUDGE